**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-25719-RAR**

**ORLANDO BORRAS,**

Petitioner,

v.

**FEDERAL DETENTION CENTER MIAMI**, *Warden*

Respondent.
________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court on *pro se* Petitioner Orlando Borras's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, [ECF No. 1], filed on August 20, 2026.[1] Since Petitioner has paid the Clerk's filing fee, *see* Notice of Receipt, [ECF No. 3], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Respondent shall file a memorandum of fact and law ("Response") to show cause why the Petition should not be granted on or before **September 4, 2026**. The Response must be accompanied by an appendix which shall include copies of all relevant exhibits, documents, and transcripts necessary for resolution of the Petition.[2] The Response must address all procedural and merits-based issues pertinent to Petitioner's claim.

---

[1] "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009) (citations omitted). "Absent evidence to the contrary, [the Court assumes] that a prisoner delivered a filing to prison authorities on the date that he signed it." *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (alteration added; citation omitted).

[2] Respondents shall review this Court's prior opinions in the immigration context in preparing its Response and address them to the extent they are applicable. *See, e.g.*, *Ibarra v. U.S. Dep't of Homeland Sec. Immigr. & Customs Enf't & Removal Operations Miami Field Off.*, No. 26-22501, 2026 WL 1893606 (S.D. Fla. May 7, 2026); *Grigorian v. Bondi*, No. 25-22914, 2025 WL 1895479 (S.D. Fla. July 8, 2025); *Mafundu v. Mayorkas*, 699 F. Supp. 3d 1310 (S.D. Fla. 2023); *Echeverri v. U.S. Citizenship & Immigr. Servs.*, No. 23-21711, 2023 WL 5350810 (S.D. Fla. Aug. 21, 2023).

2. If Respondent fails to show good cause, the Court may grant Petitioner's requested relief, provided there exists support thereof in the record.

3. Petitioner may, but is not required to, file a reply within **seven (7) days** after Respondents file their Response to the Petition. Any such reply shall not exceed **ten (10) pages**. *See* S.D. Fla. L.R. 7.1(c). No other pleadings will be allowed.

4. This case shall be **CLOSED for administrative purposes only** pending briefing of the Petition.

**DONE AND ORDERED** in Miami, Florida, this 24th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc: Orlando Borras
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE